UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

MARGARET CANNIE,

                                    Plaintiff,                          23-CV-03002 (PGG)(SN)

                -against-                                  **ORDER**

WHITNEY MUSEUM OF AMERICAN ART,

                                  Defendant.
---------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        A conference is scheduled for Thursday, June 29, 2023, at 3:00 p.m. At that time, the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. The purpose of the conference is to discuss whether the parties believe mediation would be productive in this case.

**SO ORDERED.**

                                                              SARAH NETBURN
                                                              United States Magistrate Judge

DATED:       June 26, 2023
                      New York, New York