UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MARGARET CANNIE,

                                 **Plaintiff,**

                 -against-

WHITNEY MUSEUM OF AMERICAN ART,

                               **Defendant.**
-------------------------------------------------------------X

23-CV-03002 (PGG)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/2023

**SARAH NETBURN, United States Magistrate Judge:**

In light of the parties' settlement in principle, the parties are directed to file a Stipulation of Dismissal or a joint status letter by October 20, 2023.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    October 13, 2023
                New York, New York